

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00132-CV

Armando **HERNANDEZ**, Nancy Hernandez,
Appellants

v.

Mario **SALDIVAR**, et al.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-17077
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is dismissed.

SIGNED June 24, 2015.

_____
Jason Pulliam, Justice